For use by Register of Deeds

| | | |
|---|---|---|
| Approved, SCAO | Original - Register of deeds<br>1st copy - Court<br>2nd copy - Judgment creditor | 3rd copy - Judgment debtor<br>4th copy - Return of service |

| STATE OF MICHIGAN<br>U.S. District Court, Western Division<br>**JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT** | **NOTICE OF JUDGMENT LIEN** | **CASE NO.**<br>19-cv-00180-RJJ-RSK |
|---|---|---|

**Court address**                                                                                           **Court telephone no.**

USDC, Western District of MI, Southern Div, 399 Federal Bldg, 110 Michigan Street, Grand Rapids, MI 49503          (616) 456-2381

| Plaintiff name<br>Helena Agri-Enterprises, LLC | v | Defendant name<br>Boersen Farms Properties, LLC. |
|---|---|---|

| Judgment creditor's name and address<br>Helena Agri-Enterprises, LLC<br>225 Schilling Blvd.<br>Collierville, TN 38017 | Judgment debtor's name and address<br>Boersen Farms Properties, LLC c/o Dennis Boersen as RA<br>6341 Ransom Street<br>Zeeland, MI 49464 |
|---|---|
| | Last 4 digits of social security no. or full tax identification no.<br>xxx-xx-1840 |
| Judgment creditor's attorney, bar no., address, and telephone no.<br>Sheryl L. Toby (P39144)<br>Mark J. Magyar (P75090)<br>Dykema Gossett PLLC<br>300 Ottawa Avenue, NW, Suite 700<br>Grand Rapids, MI 49503          (616) 776-7500 | Judgment debtor's attorney, bar no., address, and telephone no.<br>Ronald J. VanderVeen (P33067)<br>Cunningham Dalman PC<br>321 Settlers Road<br>Holland, MI 49423          (616) 392-1821 |

1. I am recording a judgment lien with the register of deeds in <u>Calhoun</u> _____ County
   against the judgment debtor's current or future interest in real property.
2. The current balance due on the judgment is $ <u>14,891,707.23</u>
3. The judgment was entered on <u>July 9, 2019</u> and expires <u>July 9, 2029</u>
4. Except as otherwise prescribed by statute, this judgment lien expires 5 years after the date it is recorded with the register of
   deeds or when the underlying judgment expires, whichever is earlier.

| 7/23/19 | /s/ Mark J. Magyar |
|---|---|
| Date | Signature of judgment creditor/judgment creditor's attorney |

**CERTIFICATION**

I certify that the above notice of judgment lien has been filed and includes the information required by MCL 600.2805(1).

Clerk of the Court: **Thomas L. Dorwin**

| 07/24/2019 | Signed by: _~~signature~~_ |
|---|---|
| Date | Clerk/Deputy clerk |

When recorded, return to
Mark J. Magyar, Dykema Gossett PLLC
300 Ottawa Avenue, NW, Suite 700
Grand Rapids, MI 49503

MC 94  (6/17)  **NOTICE OF JUDGMENT LIEN**                                                          MCL 600.2805

| **PROOF OF SERVICE** | **NOTICE OF<br>JUDGMENT LIEN**<br>Case No. 19-cv-00180-RJJ-RSK |
|---|---|

**TO PROCESS SERVER:** File your return with the clerk of the court. If you are unable to complete personal service, you must file your return with the clerk of the court and return the judgment debtor's copy to the judgment creditor/attorney.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

| ☐ **OFFICER CERTIFICATE** | **OR** | ☐ **AFFIDAVIT OF PROCESS SERVER** |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party [MCR 2.104(A)(2)], and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required) |

☐ I served a copy of the notice of judgment lien by certified mail on:

☒ I personally served a copy of the notice of judgment lien on (required when the judgment is $25,000 or more):

| Judgment debtor's name<br>Boersen Farms Properties, LLC c/o Dennis<br>Boersen as RA<br>6341 Ransom Street<br>Zeeand, MI  49464 | Complete address(es) of service<br>Ronald J. VanderVeen<br>Cunningham Dahlman, PC<br>321 Settlers Road<br>Holland, MI  49423 | Day, date, time<br>Friday, August 9, 2019<br>@ 4:40 p.m. |
|---|---|---|

☐ I have personally attempted to serve the notice of judgment lien on the following person(s) and have been unable to complete service.

| Name(s) | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |
| | | |

| Service fee<br>$ | Miles traveled | Mileage fee<br>$ | Total fee<br>$ -0- |
|---|---|---|---|

Signature _Kindra J Mast_

Administrative Assistant
Title

Subscribed and sworn to before me on  8-15-19  , Kent  County, Michigan.
Date

My commission expires: 7-2-2020  Signature: _____
Date                                          Deputy court clerk/Notary public

Notary public, State of Michigan, County of  Kent

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of this notice of judgment lien on _____
Day, date, time

on behalf of _____

_____
Signature

For use by Register of Deeds

| Original - Register of deeds |
|---|
| 1st copy - Court |
| 2nd copy - Judgment creditor |

| 3rd copy - Judgment debtor |
|---|
| 4th copy - Return of service |

Approved, SCAO

U.S. District Court, Western Division

| **STATE OF MICHIGAN** **JUDICIAL DISTRICT** **JUDICIAL CIRCUIT** | **NOTICE OF JUDGMENT LIEN** | **CASE NO.** 19-cv-00180-RJJ-RSK |
|---|---|---|

Court address | Court telephone no.

USDC, Western District of MI, Southern Div, 399 Federal Bldg, 110 Michigan Street, Grand Rapids, MI 49503    (616) 456-2381

| Plaintiff name Helena Agri-Enterprises, LLC | v | Defendant name Boersen Farms Properties, LLC. |
|---|---|---|

| Judgment creditor's name and address Helena Agri-Enterprises, LLC 225 Schilling Blvd. Collierville, TN  38017 | Judgment debtor's name and address Boersen Farms Properties, LLC c/o Dennis Boersen as RA 6341 Ransom Street Zeeland, MI 49464 |
|---|---|
| | Last 4 digits of social security no. or full tax identification no. xxx-xx-1840 |
| Judgment creditor's attorney, bar no., address, and telephone no. Sheryl L. Toby (P39144) Mark J. Magyar (P75090) Dykema Gossett PLLC 300 Ottawa Avenue, NW, Suite 700 Grand Rapids, MI  49503          (616) 776-7500 | Judgment debtor's attorney, bar no., address, and telephone no. Ronald J. VanderVeen (P33067) Cunningham Dalman PC 321 Settlers Road Holland, MI  49423          (616) 392-1821 |

1. I am recording a judgment lien with the register of deeds in <u>Ingham</u> _____ County against the judgment debtor's current or future interest in real property.
2. The current balance due on the judgment is $ <u>14,891,707.23</u> .
3. The judgment was entered on <u>July 9, 2019</u> and expires <u>July 9, 2029</u> .
4. Except as otherwise prescribed by statute, this judgment lien expires 5 years after the date it is recorded with the register of deeds or when the underlying judgment expires, whichever is earlier.

| 7/23/19 | /s/ Mark J. Magyar |
|---|---|
| Date | Signature of judgment creditor/judgment creditor's attorney |

## CERTIFICATION

I certify that the above notice of judgment lien has been filed and includes the information required by MCL 600.2805(1).

Clerk of the Court:   Thomas L. Dorwin

| 07/24/2019 | Signed by:   _[signature]_ |
|---|---|
| Date | Clerk/Deputy clerk |

Mark J. Magyar, Dykema Gossett PLLC
300 Ottawa Avenue, NW, Suite 700
When recorded, return to Grand Rapids, MI  49503

MC 94   (6/17)   **NOTICE OF JUDGMENT LIEN**                                                                 MCL 600.2805

| PROOF OF SERVICE | NOTICE OF JUDGMENT LIEN<br>Case No. 19-cv-00180-RJJ-RSK |
|---|---|

**TO PROCESS SERVER:** File your return with the clerk of the court. If you are unable to complete personal service, you must file your return with the clerk of the court and return the judgment debtor's copy to the judgment creditor/attorney.

| CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE |
|---|

| ☐ **OFFICER CERTIFICATE** | OR | ☐ **AFFIDAVIT OF PROCESS SERVER** |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party [MCR 2.104(A)(2)], and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required) |

☐ I served a copy of the notice of judgment lien by certified mail on:

☒ I personally served a copy of the notice of judgment lien on (required when the judgment is $25,000 or more):

| Judgment debtor's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| Boersen Farms Properties, LLC c/o Dennis<br>Boersen as RA<br>6341 Ransom Street<br>Zeeland, MI 49464 | Ronald J. VanderVeen<br>Cunningham Dahlman PC<br>321 Settlers Road<br>Holland, MI 49423 | Friday, August 9, 2019<br>@ 4:40 p.m. |

☐ I have personally attempted to serve the notice of judgment lien on the following person(s) and have been unable to complete service.

| Name(s) | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |
| | | |

| Service fee<br>$ | Miles traveled | Mileage fee<br>$ | Total fee<br>$ -0- |
|---|---|---|---|

*Linda J. Maas*
Signature

Administrative Assistant
Title

Subscribed and sworn to before me on *8-15-19* _____ Kent _____ County, Michigan.
                                      Date

My commission expires: *7-2-2020* Signature: _____
                        Date                     ~~Deputy court clerk/~~Notary public

Notary public, State of Michigan, County of ___Kent_____

| ACKNOWLEDGMENT OF SERVICE |
|---|

I acknowledge that I have received service of this notice of judgment lien on _____
                                                                            Day, date, time

on behalf of _____

_____
Signature

For use by Register of Deeds

| Approved, SCAO | Original - Register of deeds<br>1st copy - Court<br>2nd copy - Judgment creditor | 3rd copy - Judgment debtor<br>4th copy - Return of service |
|---|---|---|

| U.S. District Court,<br>Western Division **STATE OF MICHIGAN**<br>**JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT** | **NOTICE OF JUDGMENT LIEN** | **CASE NO.**<br>19-cv-00180-RJJ-RSK |
|---|---|---|

**Court address**  Court telephone no.

USDC, Western District of MI, Southern Div, 399 Federal Bldg, 110 Michigan Street, Grand Rapids, MI 49503        (616) 456-2381

| Plaintiff name<br>Helena Agri-Enterprises, LLC | v | Defendant name<br>Boersen Farms Properties, LLC. |
|---|---|---|

| Judgment creditor's name and address<br>Helena Agri-Enterprises, LLC<br>225 Schilling Blvd.<br>Collierville, TN 38017 | Judgment debtor's name and address<br>Boersen Farms Properties, LLC c/o Dennis Boersen as RA<br>6341 Ransom Street<br>Zeeland, MI 49464 |
|---|---|
| | Last 4 digits of social security no. or full tax identification no.<br>xxx-xx-1840 |
| Judgment creditor's attorney, bar no., address, and telephone no.<br>Sheryl L. Toby (P39144)<br>Mark J. Magyar (P75090)<br>Dykema Gossett PLLC<br>300 Ottawa Avenue, NW, Suite 700<br>Grand Rapids, MI 49503        (616) 776-7500 | Judgment debtor's attorney, bar no., address, and telephone no.<br>Ronald J. VanderVeen (P33067)<br>Cunningham Dalman PC<br>321 Settlers Road<br>Holland, MI 49423        (616) 392-1821 |

1. I am recording a judgment lien with the register of deeds in   Ionia   County against the judgment debtor's current or future interest in real property.
2. The current balance due on the judgment is $  14,891,707.23
3. The judgment was entered on  July 9, 2019   and expires  July 9, 2029
4. Except as otherwise prescribed by statute, this judgment lien expires 5 years after the date it is recorded with the register of deeds or when the underlying judgment expires, whichever is earlier.

7/23/19
_____
Date

/s/ Mark J. Magyar
_____
Signature of judgment creditor/judgment creditor's attorney

**CERTIFICATION**

I certify that the above notice of judgment lien has been filed and includes the information required by MCL 600.2805(1).

Clerk of the Court:  **Thomas L. Dorwin**

07/24/2019
_____
Date

Signed by: _____
Clerk/Deputy clerk

Mark J. Magyar, Dykema Gossett PLLC
300 Ottawa Avenue, NW, Suite 700
When recorded, return to  Grand Rapids, MI 49503

**MC 94** (6/17)  **NOTICE OF JUDGMENT LIEN**                                    MCL 600.2805

| PROOF OF SERVICE | **NOTICE OF JUDGMENT LIEN**<br>Case No. 19-cv-00180-RJJ-RSK |
|---|---|

**TO PROCESS SERVER:** File your return with the clerk of the court. If you are unable to complete personal service, you must file your return with the clerk of the court and return the judgment debtor's copy to the judgment creditor/attorney.

## CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

| ☐ **OFFICER CERTIFICATE**<br>I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party [MCR 2.104(A)(2)], and that:  (notarization not required) | **OR** | ☐ **AFFIDAVIT OF PROCESS SERVER**<br>Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that:  (notarization required) |
|---|---|---|

☐ I served a copy of the notice of judgment lien by certified mail on:

☒ I personally served a copy of the notice of judgment lien on (required when the judgment is $25,000 or more):

| Judgment debtor's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| Boersen Farms Properties, LLC c/o Dennis Boersen as RA<br>6341 Ransom Street<br>Zeeland, MI 49464 | Ronald J. VanderVeen<br>Cunningham Dahlman, PC<br>321 Settlers Road<br>Holland, MI 49423 | Friday, August 9, 2019<br>@ 4:40 p.m. |

☐ I have personally attempted to serve the notice of judgment lien on the following person(s) and have been unable to complete service.

| Name(s) | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |
| | | |

| Service fee<br>$ | Miles traveled | Mileage fee<br>$ | Total fee<br>$ -0- |
|---|---|---|---|

*Linda J Nun*
Signature

Administrative Assistant
Title

Subscribed and sworn to before me on   8-15-19   Kent   County, Michigan.
Date

My commission expires:   7-2-2020   Signature:   _____
Date   Deputy court clerk/Notary public

Notary public, State of Michigan, County of   Kent

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of this notice of judgment lien on   _____
Day, date, time

on behalf of   _____

_____
Signature

For use by Register of Deeds

| | Original - Register of deeds | |
|---|---|---|
| | 1st copy - Court | 3rd copy - Judgment debtor |
| Approved, SCAO | 2nd copy - Judgment creditor | 4th copy - Return of service |

| **STATE OF MICHIGAN**<br>U.S. District Court,<br>Western Division **JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT** | **NOTICE OF JUDGMENT LIEN** | **CASE NO.**<br>19-cv-00180-RJJ-RSK |
|---|---|---|

| Court address | Court telephone no. |
|---|---|
| USDC, Western District of MI, Southern Div, 399 Federal Bldg, 110 Michigan Street, Grand Rapids, MI 49503 | (616) 456-2381 |

| Plaintiff name<br>Helena Agri-Enterprises, LLC | v | Defendant name<br>Boersen Farms Properties, LLC. |
|---|---|---|

| Judgment creditor's name and address<br>Helena Agri-Enterprises, LLC<br>225 Schilling Blvd.<br>Collierville, TN  38017 | Judgment debtor's name and address<br>Boersen Farms Properties, LLC c/o Dennis Boersen as RA<br>6341 Ransom Street<br>Zeeland, MI 49464 |
|---|---|
| | Last 4 digits of social security no. or full tax identification no.<br>xxx-xx-1840 |
| Judgment creditor's attorney, bar no., address, and telephone no.<br>Sheryl L. Toby (P39144)<br>Mark J. Magyar (P75090)<br>Dykema Gossett PLLC<br>300 Ottawa Avenue, NW, Suite 700<br>Grand Rapids, MI  49503          (616) 776-7500 | Judgment debtor's attorney, bar no., address, and telephone no.<br>Ronald J. VanderVeen (P33067)<br>Cunningham Dalman PC<br>321 Settlers Road<br>Holland, MI  49423          (616) 392-1821 |

1. I am recording a judgment lien with the register of deeds in Ottawa _____ County against the judgment debtor's current or future interest in real property.
2. The current balance due on the judgment is $ 14,891,707.23 .
3. The judgment was entered on July 9, 2019 _____ and expires July 9, 2029
4. Except as otherwise prescribed by statute, this judgment lien expires 5 years after the date it is recorded with the register of deeds or when the underlying judgment expires, whichever is earlier.

7/23/19
_____
Date

/s/ Mark J. Magyar
_____
Signature of judgment creditor/judgment creditor's attorney

## CERTIFICATION

I certify that the above notice of judgment lien has been filed and includes the information required by MCL 600.2805(1).

07/24/2019
_____
Date

Clerk of the Court: **Thomas L. Dorwin**

Signed by: _____
Clerk/Deputy clerk

Mark J. Magyar, Dykema Gossett PLLC
300 Ottawa Avenue, NW, Suite 700
When recorded, return to  Grand Rapids, MI  49503 .

MC 94   (6/17)   **NOTICE OF JUDGMENT LIEN**                                    MCL 600.2805

| **PROOF OF SERVICE** | **NOTICE OF JUDGMENT LIEN** |
| | Case No. 19-cv-00180-RJJ-RSK |

**TO PROCESS SERVER:** File your return with the clerk of the court. If you are unable to complete personal service, you must file your return with the clerk of the court and return the judgment debtor's copy to the judgment creditor/attorney.

**CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE**

| ☐ **OFFICER CERTIFICATE** | OR | ☐ **AFFIDAVIT OF PROCESS SERVER** |
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party [MCR 2.104(A)(2)], and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required) |

☐ I served a copy of the notice of judgment lien by certified mail on:
☒ I personally served a copy of the notice of judgment lien on (required when the judgment is $25,000 or more):

| Judgment debtor's name | Complete address(es) of service | Day, date, time |
| Boersen Farms Properties, LLC c/o Dennis Boersen as RA 6341 Ransom Street Zeeland, MI  49464 | Ronald J. VanderVeen Cunningham Dahlman PC 321 Settlers Road Zeeland, MI  49464 | Friday, August 9, 2019 @ 4:40 p.m. |

☐ I have personally attempted to serve the notice of judgment lien on the following person(s) and have been unable to complete service.

| Name(s) | Complete address(es) of service | Day, date, time |
| | | |
| | | |
| | | |

| Service fee $ | Miles traveled | Mileage fee $ | Total fee $ -0- |

Signature *Lindsey J Man*

Administrative Assistant
Title

Subscribed and sworn to before me on ___8-15-19___   Kent   County, Michigan.
                                        Date

My commission expires: __7-2-2020__   Signature: _____
                         Date                         Deputy court clerk/Notary public

Notary public, State of Michigan, County of ___Kent___

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of this notice of judgment lien on _____
                                                                           Day, date, time

on behalf of _____

_____
Signature

For use by Register of Deeds

| | Original - Register of deeds<br>1st copy - Court<br>2nd copy - Judgment creditor | 3rd copy - Judgment debtor<br>4th copy - Return of service |
|---|---|---|
| Approved, SCAO | | |

| STATE OF MICHIGAN<br>U.S. District Court,<br>Western Division   JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | NOTICE OF JUDGMENT LIEN | CASE NO.<br>19-cv-00180-RJJ-RSK |
|---|---|---|

**Court address**                                                                                      **Court telephone no.**

USDC, Western District of MI, Southern Div, 399 Federal Bldg, 110 Michigan Street, Grand Rapids, MI 49503      (616) 456-2381

| Plaintiff name<br>Helena Agri-Enterprises, LLC | v | Defendant name<br>Boersen Farms Properties, LLC. |
|---|---|---|

| Judgment creditor's name and address<br>Helena Agri-Enterprises, LLC<br>225 Schilling Blvd.<br>Collierville, TN  38017 | Judgment debtor's name and address<br>Boersen Farms Properties, LLC c/o Dennis Boersen as RA<br>6341 Ransom Street<br>Zeeland, MI 49464<br>Last 4 digits of social security no. or full tax identification no.<br>xxx-xx-1840 |
|---|---|
| Judgment creditor's attorney, bar no., address, and telephone no.<br>Sheryl L. Toby (P39144)<br>Mark J. Magyar (P75090)<br>Dykema Gossett PLLC<br>300 Ottawa Avenue, NW, Suite 700<br>Grand Rapids, MI  49503          (616) 776-7500 | Judgment debtor's attorney, bar no., address, and telephone no.<br>Ronald J. VanderVeen (P33067)<br>Cunningham Dalman PC<br>321 Settlers Road<br>Holland, MI  49423          (616) 392-1821 |

1. I am recording a judgment lien with the register of deeds in __Van Buren_____ County against the judgment debtor's current or future interest in real property.
2. The current balance due on the judgment is $ __14,891,707.23__ .
3. The judgment was entered on __July 9, 2019__ and expires __July 9, 2029__ .
4. Except as otherwise prescribed by statute, this judgment lien expires 5 years after the date it is recorded with the register of deeds or when the underlying judgment expires, whichever is earlier.

__7/23/19_____                    /s/ Mark J. Magyar
Date                                                              Signature of judgment creditor/judgment creditor's attorney

---

**CERTIFICATION**

I certify that the above notice of judgment lien has been filed and includes the information required by MCL 600.2805(1).

__07/24/2019_____      Clerk of the Court: __Thomas L. Dorwin_____

Date                                          Signed by: _____
                                                          Clerk/Deputy clerk

Mark J. Magyar, Dykema Gossett PLLC
300 Ottawa Avenue, NW, Suite 700
When recorded, return to __Grand Rapids, MI  49503_____

MC 94   (6/17)   **NOTICE OF JUDGMENT LIEN**                                            MCL 600.2805

| PROOF OF SERVICE | **NOTICE OF JUDGMENT LIEN**<br>Case No. 19-cv-00180-RJJ-RSK |
|---|---|

**TO PROCESS SERVER:** File your return with the clerk of the court. If you are unable to complete personal service, you must file your return with the clerk of the court and return the judgment debtor's copy to the judgment creditor/attorney.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

| ☐ **OFFICER CERTIFICATE**<br>I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party [MCR 2.104(A)(2)], and that:   (notarization not required) | **OR** | ☐ **AFFIDAVIT OF PROCESS SERVER**<br>Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that:   (notarization required) |
|---|---|---|

☐ I served a copy of the notice of judgment lien by certified mail on:

☒ I personally served a copy of the notice of judgment lien on (required when the judgment is $25,000 or more):

| Judgment debtor's name<br>Boersen Farms Properties, LLC c/o Dennis Boersen as RA<br>6341 Ranson Street<br>Zeeland, MI  49464 | Complete address(es) of service<br>Ronald J. VanderVeen<br>Cunningham Dahlman PC<br>321 Settlers Road<br>Holland, MI  49423 | Day, date, time<br>Friday, August 9, 2019<br>@ 4:40 p.m. |
|---|---|---|

☐ I have personally attempted to serve the notice of judgment lien on the following person(s) and have been unable to complete service.

| Name(s) | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

| Service fee<br>$ | Miles traveled | Mileage fee<br>$ | Total fee<br>$ -0- |
|---|---|---|---|

Signature

Administrative Assistant
Title

Subscribed and sworn to before me on  7-15-19         Kent                            County, Michigan.
                                                                  Date

My commission expires:  7-2-2020      Signature:
                                                Date                                      Deputy court clerk/Notary public

Notary public, State of Michigan, County of     Kent

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of this notice of judgment lien on
Day, date, time

on behalf of

Signature